VENTURA SAINZ v. THE STATE.

No. 7382. Decided December 20, 1922.

**Burglary—Charge of Court—Practice on Appeal.**

Where the indictment charged burglary in one count and burglary in the night-time in another count, and the court s charge submitted the law of burglary, the conviction is affirmed, in the absence of the statement of facts or bills of exception.

Appeal from the District Court of Bexar. Tried below before the Honorable S. G. Tayloe.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*W. C. Linden,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Bexar County of burglary, and his punishment fixed at two years in the penitentiary.

The record is before us without statement of facts or bills of exception. The indictment in two counts charges burglary, one count

alleging a night-time and the other a day-time burglary, and each appear to be framed in accordance with our statute. The charge of the court submits the law of burglary, and finding no error in the record, an affirmance is ordered.

*Affirmed.*